THE PONDS HOMEOWNERS ASSOCIATION, INC. *v.*
THE PONDS, INC., OF HOTCHKISS GROVE ET AL.
(11342)

HEIMAN, FREEDMAN and SCHALLER, Js.

Argued February 23—decision released March 16, 1993

*Thomas E. Crosby,* for the appellants (defendants).

*Richard F. Connors,* for the appellee (plaintiff).

PER CURIAM. After thorough review of the record and briefs, and hearing oral argument, we conclude that the granting of the prejudment remedy by the trial court was supported by probable cause and its issuance was, therefore, not clearly erroneous. *Anderson* v. *Nedovich,* 19 Conn. App. 85, 91, 561 A.2d 948 (1989).

The order of the trial court granting the prejudgment remedy is affirmed.